Robert Lawrence TAYLOR, Petitioner–Appellant,

v.

DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, Respondent–Appellee.

No. 00–7580.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 25, 2001.

Robert Lawrence Taylor, pro se.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Robert Lawrence Taylor appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Taylor v. Director, Virginia Dep't of Corrections,* No. CA–00–1189 (E.D.Va. Oct. 5, 2000). We deny leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*DISMISSED.*